UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:18CR557 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| CONSTANCE DERUBBA, | ) | |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Constance Derubba's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 19.)

On September 26, 2018, the government filed an Indictment against Defendant. (Doc. No. 1.) On February 11, 2019, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 17.)

On February 12, 2019, a hearing was held in which Defendant entered a plea of guilty to Counts 1, 2, 3 and 4 of the Indictment, each charging her with False Statement During Purchase of Firearm, in violation of 18 U.S.C. Sections 922(a)(6), 924(a)(2) and 2. Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this court accept the plea and enter a finding of guilty. (Doc. No. 19.)

Neither party objected to the Magistrate Judge's R & R in the fourteen days after it was issued.

Upon de novo review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1, 2, 3 and 4 of the Indictment in violation of 18 U.S.C. Sections 922(a)(6), 924(a)(2), and 2 False Statement During Purchase of Firearm. The sentencing will be held on May 29, 2019 at 11:30 a.m.

IT IS SO ORDERED.

DATED: 2/28/19

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT COURT
CHIEF JUDGE